# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>*Best Buy Co. Inc. et al. v. Hitachi, Ltd. et al.*, No. 3:11-cv-05513-SC | The Honorable Samuel Conti<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1) All claims asserted by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Bestbuy.com, L.L.C. against Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.), Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. in the underlying action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2) Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: \_\_\_\_08/05\_\_\_\_, 2015

_____
The Honorable Samuel Conti
UNITED STATES DISTRICT COURT JUDGE